United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1828SD

_____

| | | |
|---|---|---|
| State of South Dakota, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District of |
| v. | * | South Dakota. |
| | * | |
| Raymond Ehrman, * | | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 2, 1997
Filed: September 10, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Raymond Ehrman sought federal review after the South Dakota Supreme Court affirmed Ehrman's state law convictions for driving while his privileges were suspended and for driving without a valid driver's license. The district court denied Ehrman's petition for lack of jurisdiction and Ehrman appeals. Having reviewed the record and the parties' submissions, we conclude the district court's decision is clearly correct and further discussion is not warranted. We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.